JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:           541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEALENA MAXWELL, ) | Case No.  2:25-CV-01177-CKD |
| ) | |
| Plaintiff ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 Days to September 1, 2025, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested as Plaintiff's counsel's busy schedule has not yet afforded the opportunity to give proper attention to this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                              Respectfully submitted,

Date: July 17, 2025                        JACQUELINE A. FORSLUND
                                               Attorney at Law

                                               */s/Jacqueline A. Forslund*
                                               JACQUELINE A. FORSLUND

                                               Attorney for Plaintiff

Date:  July 17, 2025                     KIMBERLY A. SANCHEZ
                                               Acting United States Attorney
                                               MATHEW W. PILE
                                               Associate General Counsel
                                               Office of Program Litigation, Office 7

                                               */s/ Angela Thornton-Millard*
                                               ANGELA THORNTON-MILLARD
                                               Special Assistant United States Attorney
                                               *By email authorization

                                               Attorney for Defendant

                                                      <u>ORDER</u>

APPROVED AND SO ORDERED


Dated:  July 17, 2025

                                               _____
                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE