ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEALENA MAXWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-01177-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty (30) days from October 6, 2025, up to and including November 5, 2025. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

    After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 30-day extension due to her very heavy caseload. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

///

////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 30, 2025

ERIC GRANT
United States Attorney

By  /s/ Marla K. Letellier
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: September 30, 2025

FORSLUND LAW LLC

By  /s/ Jacqueline A. Forslund*
(*as authorized via e-mail on September 30, 2025)
JACQUELINE A. FORSLUND
Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 5, 2025, to file his Cross-Motion for Summary Judgment.

Dated: October 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE