ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEALENA MAXWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-01177-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended fifteen (15) days from November 5, 2025, up to and including November 20, 2025. This is the Defendant's second request for an extension on the deadline to file his Motion for Summary Judgment.

At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including SSA. It is not clear when funding will be restored by Congress. In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of SSA, no further financial obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of the Anti-

Deficiency Act (ADA), 31 U.S.C. §§ 1341–42.

Effective Monday, October 20, 2025, the agency determined that the undersigned counsel and colleagues within that attorney's office may perform work on this case during the current lapse in appropriations as excepted work. However, the undersigned attorney also understands that currently, staff at the United States Attorney's Office remain furloughed and have limited capacity to provide support for agency litigation. The undersigned counsel has many other pressing deadlines resulting from the lapse in funding and requests that the Court extend to November 20, 2025 Defendant's deadline to file a responsive brief or other response to Plaintiff's opening brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  November 4, 2025           ERIC GRANT
                                   United States Attorney

                          By       /s/  Marla K. Letellier
                                   MARLA K. LETELLIER
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

Dated:  November 4, 2025           FORSLUND LAW LLC

                          By       /s/  Jacqueline A. Forslund*
                                   (*as authorized via e-mail on November 4, 2025)
                                   JACQUELINE A. FORSLUND
                                   Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 20, 2025, to file his Motion for Summary Judgment.

Dated: November 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE