ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEALENA MAXWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:25-cv-01177-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended four (4) days from November 20, 2025, up to and including November 24, 2025. This is the Defendant's third and final request for an extension on the deadline to file his Motion for Summary Judgment.

    Counsel for Defendant regretfully requests this short extension due to numerous workload issues caused by the backlog of work resulting from the lapse in appropriations. For example, Counsel is currently responsible for filing dispositive motions in 4 Federal District Court cases between November 17, 2025 and November 21, 2025. Furthermore, Counsel must unexpectedly be out of the office this afternoon due to family obligations. Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on November

24, 2025.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

      Counsel appreciates Plaintiff's Counsel's professional courtesy and apologizes to the Court for the inconvenience.

Respectfully submitted,

Dated:  November 20, 2025

ERIC GRANT
United States Attorney

By   /s/  *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  November 20, 2025

FORSLUND LAW LLC

By   /s/  *Jacqueline A. Forslund**
(*as authorized via e-mail on November 20, 2025)
JACQUELINE A. FORSLUND
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 24, 2025, to file his Motion for Summary Judgment.

Dated:  November 21, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE